IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

      v.                            CR NO: 1:20-CR-00238-JLT-SKO

DEREK SMITH,

                Defendants.

---

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum                       ☐ Ad Testificandum

Name of Detainee:   Derek Smith

Detained at         Fresno County Jail, located at 1225 M. Street, Fresno CA

Detainee is:       a.)  ☒ charged in this district by:   ☒ Indictment  ☐ Information  ☐ Complaint
                          charging detainee with:   Title 18 U.S.C. § 1962(d)

      or     b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)  ☐ return to the custody of detaining facility upon termination of proceedings
      or     b.)  ☒ be retained in federal custody until final disposition of federal charges, as a sentence
                   is currently being served at the detaining facility

*Appearance is necessary on September 16, 2022 at 2 p.m. in the Eastern District of California.*

Signature:

Printed Name & Phone No:       Stephanie M. Stokman 559-497-4045

Attorney of Record for:         United States of America

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

     The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on September 16, 2022* for an appearance at *2:00 p.m* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:       9/14/22

*B. McAuliffe*

Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | |
|---|---|
| AKA(s) (if | ☒Male   ☐Female |
| Booking or CDC #:  2026902; 1653958 | DOB:  12/16/1985 |
| Facility Address:  1225 M. Street, Fresno, CA | Race:  W |
| Facility Phone: | FBI#:  96886PB4 |
| Currently | |

---

## RETURN OF SERVICE

Executed on: _____     _____
                                        (signature)