IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEREK SMITH (15),<br><br>Defendant. | Case № 1:20-cr-00238-JLT-SKO<br><br>**O R D E R<br>APPOINTING CJA COUNSEL<br>AND WAIVING *PRO HAC VICE* FEE FOR COUNSEL NOT ADMITTED TO PRACTICE IN THIS DISTRICT** |

Upon Defendant DEREK SMITH's Initial Appearance September 16, 2022 qualifying for appointment of court-appointed counsel, good cause appearing, and considering Local Rule 180(b)(2), General Order 582 *CJA Plan* § XIV.C.1(g) and/or C.2, and the *Guide to Judiciary Policy*, Vol. 7A concerning CJA appointed counsel, the Court **ORDERS**:

1. Alan Azer Dressler, 400 Montgomery St., Ste. 200 San Francisco CA 94104, 415.421.7980, alandressler@aol.com is APPOINTED as CJA counsel to represent DEREK SMITH, pursuant to 18 U.S.C. § 3006A, *nunc pro tunc* to September 21, 2022;

2. This *pro hac vice* admission fee in this case alone, providing counsel qualifies otherwise for *pro hac vice* admission to this Court, under Local Rule 180 and the District's CJA Plan, General Order 582, is WAIVED.

IT IS SO ORDERED.

Dated:   **October 3, 2022**

_____
UNITED STATES DISTRICT JUDGE