Alan A. Dressler, Esq. (SBN 56916)
1390 N. McDowell Blvd, Ste G # 32
Petaluma, CA 94954-7104

Tel. (415) 421-7980
Fax (415) 421-7021
E-Mail: alandressler@aol.com

Attorney for Defendant Derek Smith

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEREK MICHAEL SMITH<br><br>Defendant. | No. 20-CR-238-JLT-SKO<br><br>[PROPOSED] ORDER SEALING DOCUMENTS |

Good Cause Appearing:

**IT IS HEREBY ORDERED** that the Request to Seal Exhibits A and B, in support of Defendant's Derek Smith's Sentencing Memorandum be sealed pending further order of the Court.

Dated: May 21, 2025

United States District Judge
Jennifer L. Thurston